# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO FORTIN, | NO. CV 18-8718-SJO (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| ROSEMARY NDOH, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 8/22/19

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE